UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14331-CIV-MOORE/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

R POWER HOLDINGS, INC.

        Defendant.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

Dated: October 7, 2019

                              s/Drew Levitt
                              Drew M. Levitt
                              Florida Bar No. 782246
                              drewmlevitt@gmail.com
                              Lee D. Sarkin, Esq.
                              Florida Bar No. 962848
                              Lsarkin@aol.com
                              4700 N.W. Boca Raton Boulevard
                              Suite 302
                              Boca Raton, Florida 33431
                              Telephone (561) 994-6922
                              Attorneys for Plaintiff